UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AYMAN KHATIB,

    Plaintiff,

v.                                  Case No. 06-C-1058

CITY OF MILWAUKEE,

    Defendant.

## ORDER TO DISMISS

Pursuant to the Joint Motion of the parties, the above-captioned matter is hereby dismissed in its entirety with prejudice and without costs to either party.

Dated at Milwaukee, Wisconsin this 16 day of January, 2008.

                                                BY THE COURT:

                                                /s_____
                                                LYNN ADELMAN
                                                United States District Court Judge